UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALBERT ANTROBUS,

            Plaintiff,

-against-

ZURICH U. S. INSURANCE,

            Defendant.
-----------------------------------------------------------X

ORDER TO SHOW CAUSE

CV-04-3551 (ARR)

APPEARANCES:

    SONIA METELLUS, ESQ.
    146-06 HILLSIDE AVENUE
    JAMAICA, N.Y. 11435

    REGINA M. COADY, ESQ.
    CARTAFALSA, SLATTERY & METAXAS
    1 LIBERTY PLAZA
    165 BROADWAY - 28TH FLOOR
    NEW YORK, NEW YORK 10006

AZRACK, United States Magistrate Judge

It is ORDERED that plaintiff's counsel show cause why she should not be sanctioned for her failure to comply with this Court's orders of June 16, 2005 and July 7, 2005 regarding authorizations and outstanding discovery requests to defendant's counsel.

This matter will be heard **August 4, 2005 at 10:45 A.M.** Failure to comply with this order will result in this Court recommending a dismissal for failure to prosecute.

**SO ORDERED.**

Dated: Brooklyn, New York
       July 19, 2005

                                      /s/ JOAN M. AZRACK
                                      United States Magistrate Judge